UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JOHN M. BOWERS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:14-cv-00267-WCL-RBC |
| | ) |
| METAL SPINNERS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, John M. Bowers, Sr. and Metal Spinners, Inc., by their respective counsel, hereby stipulate to the dismissal with prejudice of all claims in this action. Each party shall bear its own costs and attorneys' fees.

Dated: 10/08/14

| | |
|---|---|
| CHRISTOPHER C. MYERS & ASSOCIATES | FAEGRE BAKER DANIELS LLP |
| | |
| s/Christopher C. Myers | s/Martha M. Lemert |
| Christopher C. Myers (#10043-02) | Martha M. Lemert (#20961-02) |
| Irene M. Smith (#22818-02) | Amy Steketee-Fox (#25112-53) |
| Rachel J. Guin (#31722-02) | 111 East Wayne Street, Suite 800 |
| 803 South Calhoun Street, Suite 300 | Fort Wayne, Indiana 46802 |
| Fort Wayne, Indiana 46802 | Telephone: (260) 424-8000 |
| Telephone: (260) 407-0040 | Facsimile: (260) 460-1700 |
| Facsimile: (260) 407-0039 | E-mail: martha.lemert@FaegreBD.com |
| Email: cmyers@myers-law.com | amy.fox@FaegreBD.com |
| ismith@myers-law.com | |
| rguin@myers-law.com | ATTORNEYS FOR DEFENDANT, |
| | METAL SPINNERS, INC. |
| ATTORNEY FOR PLAINTIFF, | |
| JOHN M. BOWERS, SR. | |

US.55002041.01